S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@AlvaradoSmith.com
ALYSON M. DUDKOWSKI (CA Bar No. 259728)
adudkowski@AlvaradoSmith.com
ALVARADOSMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel: (714) 852-6800
Fax: (714) 852-6899

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A., AS AN
ACQUIRER OF CERTAIN ASSETS AND
LIABILITIES OF WASHINGTON MUTUAL
BANK FROM THE FDIC ACTING AS RECEIVER

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADALBERTO VARGAS, an individual and BLANCA VARGAS, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> JPMORGAN CHASE BANK, N.A and DOES 1-10, inclusive, <br><br> Defendants. | **CASE NO.:** EDCV11-472-R <br><br> **JUDGE:** Hon. Manuel L. Real <br><br> **ORDER GRANTING MOTION TO DISMISS COMPLAINT** <br><br> **(Local Rule 7.1-1)** <br><br> **DATE:** May 2, 2011 <br> **TIME:** 10:00 a.m. <br> **CTRM:** 8 <br><br> **ACTION FILED:** February 16, 2011 <br> **REMOVED:** March 21, 2011 |

**TO THE COURT, PLAINTIFF AND ALL INTERESTED PARTIES:**

PLEASE TAKE NOTICE THAT the Motion of defendant JPMorgan Chase Bank, N.A., an acquirer of certain assets and liabilities of Washington Mutual Bank from the Federal Deposit Insurance Corporation acting as receiver ("JPMorgan" and "Defendant"), to Dismiss the Complaint of plaintiffs Adalberto Vargas and Blanca Vargas ("Plaintiffs") came on regularly for hearing on May 2, 2011, at 10:00 a.m. in

Courtroom "8" of the above-entitled court, the Honorable Manuel L. Real, presiding.

The Court, having considered the moving, opposing, and reply papers, and the oral arguments of counsel and Plaintiff, **IT IS ORDERED THAT**:

1. Plaintiffs' Complaint, and each and every claim asserted therein, fails to state facts sufficient to demonstrate that Plaintiffs is entitled to relief. Fed. R. Civ. Proc. 12(b)(6).

1. The Motion of Defendant to Dismiss Plaintiffs' Complaint is granted in its entirety <u>with prejudice</u>.

**IT IS SO ORDERED.**

DATED: June 10, 2011          By: _____
                                  Honorable Manuel L. Real
                                  United States District Court Judge